Karen Sue KETTINGER,
Petitioner/Appellant,

v.

Elmer Wayne BRINKLEY,
Respondent/Respondent.

No. 66469.

Missouri Court of Appeals,
Eastern District,
Division One.

July 18, 1995.

Robert N. Hamilton, Charles P. Todt, the Todt Law Firm, P.C., Clayton, for appellant.

Corinne Coston, Mary Ann Weems, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Mother appeals from the circuit court's judgment granting father's cross-motion to modify the custody provision of a November 2, 1987, decree of dissolution relating to their daughter, S.E.B. We affirm. The circuit court's order is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. Rule 84.16(b).